UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
: 
: CIVIL NO.
PEARL SEAS CRUISES, LLC,            : 3:10cv1294(JBA)
:
Petitioner,                         :
:
v.                                  :
: AFFIDAVIT OF
IRVING SHIPBUILDING INC.,           : PARKER S. WISE
:
Respondent                          :
:
:
------------------------------------------------------------------x

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF NEW HAVEN  )

Parker S. Wise, being duly sworn, deposes and says:

1. I am General Counsel of Pearl Seas Cruises ("Pearl Seas"). This affidavit as submitted is based upon my personal knowledge, having to do with the vessel construction contract dated September 21, 2006 designated Contract for Construction and Sale of a 87.17M (286 ft) Passenger Cruise Ship [Hull No. 92] between Pearl Seas, as Owner, and Irving Shipbuilding Inc., as Builder. This affidavit identifies relevant documents.

2. The two attached excerpts marked Exhibit "A1" are the official lists of participants at the Connecticut Maritime Association Shipping Conferences for the years 2009 and 2010, and were obtained from the Internet via a Google search.

6684725.1

3. The four attached excerpts marked Exhibit "A2" are the official lists of participants at the Connecticut Maritime Association Shipping Conferences for the years 2005 through 2008, and were obtained directly from the Connecticut Maritime Association by means of an email request to them.

4. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "B" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of February 2007.

5. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "C" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of November 2009.

6. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "D" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of January 2010.

7. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "E" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of March 2010.

8. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "F" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of April 2010.

9. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "G" was excerpted from the magazine that contained it, namely Marine Log of June 2010.

10. The attached photocopy of an Irving Shipbuilding Inc. advertisement marked Exhibit "H" was excerpted from the magazine that contained it, namely Maritime Reporter and Engineering News of August 2010.

11. The attached photocopy marked Exhibit "I" is a BPA Worldwide Business Publication Circulation Statement for the 6 Month Period Ending June 2009 in respect of Marine Reporter and Engineering News, and was accessed from the advertising section of the magazine's website.

12. The attached photocopy marked Exhibit "J" is a Verified Audit Circulation Report for the 12 Month Period Ending December 2009 in respect of Marine Log, and was accessed from the advertising section of the magazine's website.

_____
PARKER S. WISE

Sworn to and subscribed before me
this 3rd day of November, 2010

_____
NOTARY PUBLIC
Expiration Date: 02/28/2015