UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x
:
: CIVIL NO.
PEARL SEAS CRUISES, LLC,   : 3:10cv1294(JBA)
:
Petitioner,   :
:
v.   : DECLARATION
: OF
IRVING SHIPBUILDING INC.,   : DONALD J.
: KENNEDY
Respondent   :
:
:
:
------------------------------------------------------------------------x

    1.    I am a member of the firm of Carter Ledyard & Milburn LLP, co-counsel to Pearl Seas Cruises Inc. ("Pearl Seas") in the above proceeding together with Levett Rockwood P.C. I submit this declaration in opposition to the motion to dismiss of Irving Shipbuilding Inc. ("Irving") and in further support of Pearl Seas' Petition dated August 12, 2010.

    2.    Petitioner has previously submitted appendices to its Petition dated August 12, 2010, numbered 1 through 46. For the convenience of the Court, documents attached to this declaration continue the numbering sequence of those appendices and attach new Exhibits 47 through 61.

    3.    Attached hereto as Exhibit 47 is a true and correct copy of the report of Peter Fetten, Senior Vice President, Carnival Corporation, "Inspection of MS Pearl Mist," conducted June 18-19, 2009 (previously submitted as Owner's arbitration Exhibit 73).

4. Attached hereto as Exhibit 48 is a true and correct copy of an e-mail from Graham Brown (Lloyd's Register) to Charles Robertson (Pearl Seas), dated June 26, 2009 (regarding Lloyd's Register's inability to issue classification certificates). (previously submitted as Owner's arbitration Exhibit 188).

5. Attached hereto as Exhibit 49 is a true and correct copy of the report of Deltamarine Ltd., "Passenger Cruise Vessel Pearl Mist, Vessel Inspection in Nova Scotia, Shelburne, July 14, 2009", dated August 12, 2009 (previously submitted as Owner's arbitration exhibit 79).

6. Attached hereto as Exhibit 50 is a true and correct copy of an Owner's Notice of Default regarding ISI's failure to obtain U.S. Coast Guard verification, (Letter from Tony Severn to James Irving), dated December 17, 2009. (previously submitted as Owner's arbitration exhibit 347).

7. Attached hereto as Exhibit 51 is a true and correct copy of Pearl Seas' request for reconsideration of Majority's December 28, 2009 Partial Final Award, dated February 18, 2010.

8. Attached hereto as Exhibit 52 is a true and correct copy of a letter brief from Pearl Seas' counsel, D. Kennedy, to the Panel, dated May 7, 2010 (regarding termination).

9. Attached hereto as Exhibit 53 is a true and correct copy of a letter brief from Irving Shipbuildings' counsel, S. McDermott, to the Panel, dated May 14, 2010 (reply to May 7, 2010 letter brief of D. Kennedy).

10. Attached hereto as Exhibit 54 is a true and correct copy of a letter brief from Pearl Seas' counsel, D. Kennedy, to the Panel, dated May 14, 2010 (regarding regulatory body approvals).

11. Attached hereto as Exhibit 55 is a true and correct copy of an e-mail from S. McDermott to D. Kennedy, dated June 2, 2010 (regarding the status of Irving's inspections on Pearl Mist).

12. Attached hereto as Exhibit 56 is a true and correct copy of an e-mail from Jack Polderman (Marshall Islands) to John Hicks (Lloyd's Register), dated June 4, 2010 (regarding flag state's denial of application for waiver of SOLAS requirements for stairways) (previously submitted as Owner's arbitration Exhibit 348).

13. Attached hereto as Exhibit 57 is a true and correct copy of Irving Shipbuilding's letter request to the arbitration panel for relief from its contractual regulatory duties, dated June 28, 2010.

14. Attached hereto as Exhibit 58 is a true and correct copy of the Corrpro Coating Assessment Report, dated June 30, 2009 (previously submitted as Owner's arbitration exhibit 77).

15. Attached hereto as Exhibit 59 is a true and correct copy of the minutes of a meeting among U.S. Coast Guard, Marshall Islands and Pearl Seas on February 17, 2010 (previously submitted as Owner's arbitration exhibit 299).

16. Attached hereto as Exhibit 60 is a true and correct copy of the Declaration of John Womack, Pearl Seas Cruises, dated March 24, 2010, with exhibit A through D (previously submitted as Owner's arbitration exhibit 316).

17. Attached hereto as Exhibit 61 is a true and correct copy of an e-mail from Steve Coleman (Irving Shipyard) to Steve Durrell (Irving Shipyard), dated July 3, 2007, regarding Irving shipbuilding's responsibility for meeting with the United States Coast Guard.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing Declaration is true and correct.

Date: November 4, 2010

*[signature]*
Donald J. Kennedy

# Index of Exhibits to
# the Declaration of Donald J. Kennedy
# Pearl Seas Cruises v. Irving Shipbuilding Inc.

| Court Exhibit No. | Date | Arbitration Exhibit No. | Description |
|---|---|---|---|
| 47 | --- | 73 | Report of Peter Fetten, Senior Vice President, Carnival Corporation, "Inspection of MS Pearl Mist," conducted June 18-19, 2009 |
| 48 | June 26, 2009 | 188 | E-mail from Graham Brown (Lloyd's Register) to Charles Robertson (Pearl Seas) (regarding Lloyd's Register's inability to issue classification certificates) |
| 49 | August 12, 2009 | 79 | Report of Deltamarine Ltd., "Passenger Cruise Vessel Pearl Mist, Vessel Inspection in Nova Scotia, Shelburne, July 14, 2009" |
| 50 | December 17, 2009 | 347 | Owner's Notice of Default regarding ISI's failure to obtain U.S. Coast Guard verification (Letter from Tony Severn to James Irving) |
| 51 | February 18, 2010 | --- | Pearl Seas' request for reconsideration of Majority's December 28, 2009 Partial Final Award |
| 52 | May 7, 2010 | --- | Letter brief from Pearl Seas' counsel, D. Kennedy, to the Panel (regarding termination) |
| 53 | May 14, 2010 | --- | Letter brief from Irving Shipbuildings' counsel, S. McDermott, to the Panel (reply to May 7, 2010 letter brief of D. Kennedy) |
| 54 | May 14, 2010 | --- | Letter brief from Pearl Seas' counsel, D. Kennedy, to the Panel (regarding regulatory body approvals) |
| 55 | June 2, 2010 | --- | E-mail from S. McDermott to D. Kennedy (regarding Irving's ongoing work on Pearl Mist) |
| 56 | June 4, 2010 | 348 | E-mail from Jack Polderman (Marshall Islands) to John Hicks (Lloyd's Register) (regarding flag state's denial of application for waiver of SOLAS requirements for stairways) |
| 57 | June 28, 2010 | --- | Irving Shipbuilding's letter request to the arbitration |

6687217.1

|    |                   |     |                                                                                                                                                                                 |
|----|-------------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                   |     | panel for relief from its contractual regulatory duties                                                                                                                         |
| 58 | June 30, 2009     | 77  | Corrpro Coating Assessment Report                                                                                                                                               |
| 59 | February 22, 2010 | 299 | Notes on February 17, 2010 Technical Meeting between Pearl Seas Cruises, US Coast Guard, and Marshall Islands                                                                   |
| 60 | March 24, 2010    | 316 | Declaration of John Womack (With exhibits A through D)                                                                                                                          |
| 61 | July 3, 2007      | 301 | E-mail between Steve Durrell (Irving Shipyard) and Steve Coleman (Irving Shipyard) (regarding Irving Shipbuilding's responsibility for meeting with the United States Coast Guard) |

6687217.1