# Exhibit 48

# Charles A. Robertson

| | |
|---|---|
| **From:** | Brown, Graham [graham.brown@lr.org] |
| **Sent:** | Friday, June 26, 2009 1:31 PM |
| **To:** | Charles A. Robertson |
| **Subject:** | RE: Scanned image from MX-2300N |

Dear Charlie ,
After due consultation with my colleagues we have come to the conclusion that we have provided a statement affirming to the fact that as far as LRNA is concerned there are various outstanding issues that have to be resolved before the Classification and Statutory certification can be issued .
We assume that should be sufficient at the present time and we do not want to get into specifics until we have completed our own internal reviews.

Best Regards ,
Graham

 Graham Brown
 Vice President
 Marine Manager USA
-------------------------------
Lloyd's Register North America, Inc.
1000 S. Pine Island Road, Suite 530
Plantation, Florida 33324
USA
Office(+1)954 236 3322
Direct(+1)954 903 9014
Fax (+1)954 452 3128
Mobile(+1)305 926 5195
W www.lr.org
email:graham.brown@lr.org
-----------------------------------
Lloyd's Register America, Inc., is a non profit Delaware USA corporation and a member of the Lloyd's Register Group of entities.


-----Original Message-----
From: Charles A. Robertson [mailto:car@fleetblue.com]
Sent: Friday, June 26, 2009 8:33 AM
To: Brown, Graham
Subject: FW: Scanned image from MX-2300N

Graham, Please call. Thanks, Charlie

-----Original Message-----
From: scanner@americancruiselines.com
[mailto:scanner@americancruiselines.com]
Sent: Friday, June 26, 2009 10:01 AM
To: Charles A. Robertson
Subject: Scanned image from MX-2300N

Reply to: scanner@americancruiselines.com <scanner@americancruiselines.com> Device Name: Not Set Device Model:
MX-2300N

1