# Exhibit 56

Rizzo, Christopher

**Subject:** FW: Pearl Mist
**Attachments:** Pearl Mist..pdf; Pearl Mist Letter.pdf

**From:** Polderman, Jack [mailto:JPolderman@Register-IRI.com]
**Sent:** Friday, June 04, 2010 2:04 PM
**To:** Hicks, John
**Cc:** Molver, Hans; Charles A. Robertson
**Subject:** FW: Pearl Mist

John,

Apologies for the late response.

Re the email below and its attachments,

We have reviewed the above documents and conclude that besides the equivalence for the dimensions between the stair rails, as previously addressed we are not prepared to accept any other waiver, exemption, equivalents on non compliance for the arrangements of the forward stairs.

The proposals in the attachments are herewith rejected.

Best regards,

Jack Polderman
International Registries, Inc.
Reston Virginia, US.
Mobile: +703-801-2288

**From:** McGinnis, Rene [mailto:rene.mcginnis@lr.org]
**Sent:** Thursday, May 06, 2010 9:06 AM
**To:** Polderman, Jack
**Cc:** Hicks, John
**Subject:** Pearl Mist

Hi Jack,

Re subject, please find attached document.


Regards,

Rene McGinnis
Senior Administrator
--------------------------------------------------------------------
Miami Design Support Office
Lloyd's Register North America, Inc
1000 South Pine Island Road, Suite 530
Plantation, FL 33324
**T**+1.954.236.3322  **F**+1.954.452.3128  **W** www.lr.org
**E** rene.mcginnis@lr.org
  PA-office.miami@lr.org
--------------------------------------------------------------------
Save paper, save trees, save space, save money
Please do not print this email unless you need to - life matters
--------------------------------------------------------------------
Lloyd's Register North America, Inc. is a nonprofit, Delaware USA corporation and a member of the Lloyd's Register Group of entities

11/2/2010