# Exhibit 59

# Notes on February 17, 2010 Technical Meeting between Pearl Seas Cruises, US Coast Guard, and Marshall Islands

At the Offices of the Marshall Islands in Reston, VA

**Attendees**

| **US Coast Guard** | **Marshall Islands** | **Pearl Seas Cruises** |
|---|---|---|
| Tom Waters | Hans Molver | Charles A. Robertson |
| Lt. Commander Randy Jenkins | Brian Poskaitis | John Hunter |
| | Jack Polderman | Charles B. Robertson |
| | Tom Heinan | John Womack |

Lloyd's Register and Irving Shipbuilding declined to attend.

**Opening statements**

All parties agreed that the meeting would focus entirely on the technical Issues that would have to be corrected before the vessel could be flagged or approved to carry passengers from the United States. Only Issues that directly impacted passenger safety would be discussed. All parties were in unanimous agreement that at no point the discussion should venture into the Specifications or contractual Issues. The meeting would proceed through each of the regulatory concerns and USCG and MI would offer an opinion on the Issues, should there be any.

**Overall**

All parties agreed that in general there were many deficiencies that would adversely affect the safety of passengers, crew, and the ship itself. The frequency and seriousness of deficiencies on the vessel made basic safety a concern. All parties questioned how the vessel was deemed "class worthy" by Lloyd's Register. Both Marshall Islands and US Coast Guard suggested that there was no reason for an inspection of the vessel until they received word that the deficiencies had been corrected.

Marshall Islands made it clear that this vessel would never be flagged in its current state, noting that they have detained vessels in far better condition for more than a year while deficiencies were resolved. They stated that their inspection role was not to make a list of deficient items, but rather to go through the vessel and verify the approval of the Classification Society. They did not think it was necessary to look at the vessel until all deficiencies had presumably been corrected.

US Coast Guard similarly made it clear that they would never approve a vessel in this condition, and implied that massive corrections must be made before even considering the Initial Control Verification Exam (ICVE) at the shipyard in Halifax. USCG's role is to verify that problems have been corrected, not to list problem items. They said that if they were to go through a vessel and find several deficiencies they would require many more areas to be opened up. If they

continued to find problems, then they would require that all the ceilings and joiner work be taken down. They were careful to say, however, that if they encountered as many problems as were on this vessel, they would simply walk off and ask to be notified when the vessel was deemed safe.

**Regulatory Discussion**

**Issue**: Stairway Landing Dimensions, Tread Widths, Stair Angles, Rise & Run, and tread depth.

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

SOLAS is very clear on the minimum standards which may be accepted. They are the minimum for a reason. It was noted that none of the as built or approved drawings show the actual condition of the stairs.

---

**Issue**: Newel Posts and Handrail Discontinuity

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

The handrail cannot end before the stairs end. This is a major safety hazard. The handrail must also be continuous so that passengers can keep their hand on the railing at all times. For this reason, all discontinuity and the blocking system is unacceptable.

---

**Issue**: Fire Door Thresholds and Sills

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

The sill must be brought down to within one half inch of the deck. It was noted that in some areas people will trip over a sill and fall down stairs, resulting in serious injury or death. No party had ever seen the as built arrangement on a cruise ship.

---

**Issue**: High-Fog Fire Suppression System Section Stop Valves Location

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

USCG said that there may be two available solutions: (1) Provide a second means of escape from the area so that it would not the dead end corridor, or (2) relocate the valves outside of the space. In either case, the valve that controls the high-fog for that space must be relocated out of the space.

MI said that the valves must be relocated.

---

**Issue**: Main Engine and Genset Individual Fuel Return Line Shutoffs

USCG stated that this appeared to be incorrect, and that fuel return lines, shutoff valves, and flanges must all be modified, but that further investigation and review is required.

MI said that this was not acceptable, and must be corrected. There should not be any fuel lines over any engines. With this many valves, flanges, and gaskets, eventually something will drip fuel on the engine resulting in a fire.

---

**Issue**: Oil-Tight Drip Pans Under Ship's Fuel Oil System

USCG felt that further investigation was required. It was noted that there was no documented dirty oil system or sump.

MI said that this was not acceptable, and must be corrected. Offered two options: (1) add drip pans, or (2) relocate equipment. They noted that when there is oil in the bilge, the ship does not sail.

---

**Issue**: Pipe Tunnel Access

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

Exact remedy to be determined, however, valves in the pipe tunnel must be readily accessible in a space with positive ventilation.

---

**Issue**: Genset Seawater Hose Connections

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Hose clamps cannot be used. Material appears to be inferior.

---

**Issue**: Main Propulsion Gearbox Mounting Bolts with Bolt Heads Partially Cut Off

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

It was noted that when the bolts are removed, the gearbox and propeller shaft must be realigned before new bolts can be tightened.

---

**Issue**: Critical Systems Equipment Accessibility

**USCG, MI, and PSC agreed** that accessibility appeared to be poor, but felt that further review of the problem would be required before judgment could be made.

---

**Issue**: Missing Machinery Space Non-Skid Deck Surfaces and Sumps Grates

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Sumps must have grating installed, and non-skid must be applied to make the space safe.

---

**Issue**: Trip, Fall, and Bump Hazards

**USCG and MI agreed** that trip, fall, and bump hazards appeared to be unnecessarily pervasive, but further review of the problem would be required.

---

**Issue**: Missing Systems Pipe Marking

**USCG and MI agreed** that pipe markings appeared to be poor, but further review would be required.

---

**Issue**: Missing Stabilizer Machinery Guards

USCG and MI felt that further review would be required, including gaining an understanding of what the space would be used for.

---

**Issue**: Corridor Searails and Stairway Handrails

USCG and MI agreed that they would need to be reviewed during inspection.

---

**Issue**: Exterior Ventilation Louvers and Dampers with Large Gaps

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

At minimum louvers need to be heavily modified, but more likely, they would need to be replaced entirely. In either case, fire testing must be performed and reports Issued.

---

**Issue**: Improper Pipe Fire Boundary Penetrations

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

This is a massive problem. All of the ceiling tiles and most of the joiner panels will need to be removed before the problem can even begin to get fixed.

---

**Issue**: B-0 Class Toilet and Shower Modules Pipe Fire Penetrations

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

Gaps in B-0 fire boundaries cannot be larger than 1/16 of an inch.

---

**Issue**: Fire Hose and Extinguisher Cabinet Bulkhead Penetrations

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

Two problems exist here: (1) boxes break the fire boundary and (2) no fire insulation on the back and sides of the box will result in equipment getting too hot to be usable.

---

**Issue**: Stateroom B-Class Fire Bulkheads

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

Two options: (1) Bulkheads must extend to deck heads or (2) all ceilings on both sides must be continuous B-15. The latter option may require putting ceiling tiles in the pipe chases and behind toilet and shower access panels. Additionally, the fire plans must accurately reflect conditions on the vessel.

---

**Issue**: Accommodation Spaces Draft Stops

**USCG and MI agreed** that problems were evident, but that further inspection will be needed.

---

**Issue**: Electrical Cable Penetration Chafing

**USCG, MI, and PSC concur** that this is not acceptable, and must be corrected. There are not to be any loose wires anywhere on the vessel. The wires on sharp edges pose serious shock and fire hazards and will likely wear through within a year. These conditions would result in detention of the ship.

---

**Issue**: Electrical Cable Dead Ends

**USCG, MI, and PSC concur that this is not acceptable and must be corrected.**

---

**Issue**: Electrical Cable Wireways

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. All wires that can fall must be steel banded. Wireways are overloaded and wires run outside the cable trays, rather than in it.

---

**Issue**: Junction box terminals

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. All unused terminals in junction boxes must be closed off.

---

**Issue**: Snap connectors in light fixtures

USCG and MI agree that this must be verified. The use of snap connectors in light fixtures may not be permitted, depending on the type of connector.

---

**Issue**: Deck Drains

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Deck drains are inadequate to clear water from the decks. Water will pool on open decks and affect stability significantly. In places, pooling water will even go through exterior louvers (also a fire boundary issue). It was also noted that standing water on escape routes or assembly areas is not permitted.

---

**Issue**: Exterior Deck Handrail Screws

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

Screws should be installed. It was noted that there appears to be a problem with dissimilar metals, which will lead to unnecessarily rapid deterioration.

---

**Issue**: Electrical Wire Structural Fire Boundary Penetrations

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. USCG and MI agreed that if they encountered this during an inspection, the ship would be detained immediately until the problem was resolved.

The only apparent remedy is to remove nearly all the electrical cable and reinstall it properly through larger and correct fire boundary penetrations. To do this, most of the joiner work and ceilings would have to be removed.

---

**Issue**: B-0 Bulkhead Ceiling Light Fixture and Receptacle Penetrations.

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. B-Class boundary must be intact.

The photographs provided, also made it apparent that plastic wire ties were used in the pipe chases. This is unacceptable and must be corrected.

---

**Issue**: Loose and Unsecured Electrical Wires

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

The entire ship is a shock and fire hazard with so many unsecured wires. USCG and MI would require most of the joiner work and ceilings to be removed for inspection, noting that to correct the problems it would need to be removed anyway. It was suggested that due to the pervasiveness of the problem, the best remedy would be to remove the entire electrical cable system and start over.

---

**Issue**: Pinch Points in Receptacle Electrical Wires

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. This is a huge problem. Every outlet in every stateroom would need to be redone properly. As built, the wires will quickly chaff and pose a major fire and shock hazard within the staterooms.

---

**Issue**: Operational Tests and Acceptance Trials

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Proper trials are required.

---

**Issue**: Combustible Insulation in Concealed Spaces.

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. This insulation must be removed in all places and new, appropriate insulation installed.

---

**Issue**: Improper Main Engine Seawater Hose Connection

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected.

This will quickly fail and will result in flooding of the engine room. It was noted that the as built arrangement was barely adequate to serve as an emergency temporary repair to get the ship back to a safe port. The suggestion that this should be used as the permanent arrangement is unsatisfactory.

---

**Issue**: Temporary Wooden Stairs

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Proper stairs with handrails are required.

---

**Issue**: Accommodation Joiner Panel Fire Bulkhead Gaps

**USCG, MI, and PSC concur** that this is not acceptable and must be corrected. Fire bulkheads must be continuous.

---

**Overall Conclusion:** USCG and MI agreed that it appeared that major reconstruction of the ship would be necessary before an inspection was warranted.